PINKSTON *v.* GEORGIA AND ALABAMA RAILWAY.

SIMMONS, C. J.   Under the facts disclosed by the record, there was no abuse of discretion in denying the injunction prayed.

*Judgment affirmed.   All the Justices concurring.*

Argued October 21, — Decided November 27, 1897.

Petition for injunction.   Before Judge Littlejohn.   Stewart county.   June 30, 1897.

*Miller, Forrester & Miller* and *J. T. Harrison,* for plaintiff.
*Charlton, Mackall & Anderson* and *E. A. Hawkins,* for defendant.

---

KEENE *v.* BENNETT & MURRAY.

SIMMONS, C. J.   Under the facts of the present case, the trial judge did not abuse his discretion in granting an injunction.

*Judgment affirmed.   All the Justices concurring.*

Submitted October 26, — Decided November 27, 1897.

Injunction.   Before Judge Sweat.   Ware county.   June 8, 1897.

*C. C. Thomas,* for plaintiff in error.
*Leon A. Wilson,* contra.

---

SMITH *v.* SAVANNAH, FLORIDA & WESTERN RAILWAY CO.

SIMMONS, C. J.   No error of law was committed; the evidence was sufficient to authorize the finding of the jury, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed.   All the Justices concurring.*

Argued October 26, — Decided November 27, 1897.

Action for damages.   Before Judge Sweat.   Ware superior court.   August 4, 1897.

*Symmes & Bennet* and *Leon A. Wilson,* for plaintiff.
*Erwin, duBignon & Chisholm* and *S. W. Hitch,* for defendant.